# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARKSIDE CAPITAL LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>XERIUM TECHNOLOGIES INC., et al.,<br><br>    Defendants. | No. 06-10991-RWZ<br><br><u>CLASS ACTION</u><br><br>**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

  Lead Plaintiff respectfully submits this Unopposed Motion for Preliminary Approval of a proposed settlement of this action, pursuant to Federal Rule of Civil Procedure 23(e). For the reasons set forth in Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, which is submitted herewith, Lead Plaintiff respectfully requests that the Court enter an Order granting preliminary approval of the settlement. A proposed order preliminarily approving the settlement is being submitted to the Court separately.

  Defendants do not oppose this motion.

DATED: November 5, 2008

            Respectfully submitted,

            SHAPIRO HABER & URMY LLP
            THOMAS G. SHAPIRO (BBO #454680)
            ADAM M. STEWART (BBO #661090)

            **/s/ Thomas G. Shapiro**
            THOMAS G. SHAPIRO
            53 State Street
            Boston, MA 02109
            Telephone: 617/439-3939
            617/439-0134 (fax)
            tshapiro@shulaw.com
            astewart@shulaw.com

Liaison Counsel

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@csgrr.com
drosenfeld@csgrr.com
malba@csgrr.com

Lead Counsel for Plaintiffs

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that I have conferred with counsel for Defendants in a good faith effort to resolved or narrowed the issues raised by this motion prior to filing, and Defendants do not oppose this motion.

                                  **/s/ Ellen Gusikoff**
                                  Ellen Gusikoff

## CERTIFICATE OF SERVICE

I, Thomas G. Shapiro, hereby certify that on November 5, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                  **/s/ Thomas G. Shapiro**
                                  Thomas G. Shapiro