UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARKSIDE CAPITAL LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XERIUM TECHNOLOGIES INC., et al.,<br><br>Defendants. | No. 06-10991-RWZ<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT
AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS;
<u>AND CERTIFYING SETTLEMENT CLASS</u>**

Plaintiffs hereby move this Court to enter an order finally approving the settlement of this class action and dismissing the litigation with prejudice and approving the plan of allocation of settlement proceeds. Plaintiffs' motion is based upon the Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; and Certifying Settlement Class, the declarations of counsel submitted in support thereof, the Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Plaintiffs' application or at the hearing on Plaintiffs' motion.

DATED:  February 4, 2009                Respectfully submitted,

                                        SHAPIRO HABER & URMY LLP
                                        THOMAS G. SHAPIRO (BBO #454680)
                                        ADAM M. STEWART (BBO #661090)


                                              s/ Adam M. Stewart
                                            ADAM M. STEWART

                                        53 State Street
                                        Boston, MA  02109
                                        Telephone:  617/439-3939
                                        617/439-0134 (fax)

                                        Liaison Counsel

                                        COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        SAMUEL H. RUDMAN
                                        DAVID A. ROSENFELD
                                        MARIO ALBA, JR.
                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)

                                        COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        ELLEN GUSIKOFF STEWART
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        Lead Counsel for Plaintiffs

- 3 -

## LOCAL RULE 7.1(A)(2) CERTIFICATION

  I certify that I have conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised by this motion prior to filing, and Defendants take no position on this motion.

                **/s/ Ellen Gusikoff Stewart**
                Ellen Gusikoff Stewart

## CERTIFICATE OF SERVICE

  I, Adam M. Stewart, hereby certify that on February 4, 2009, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                **/s/ Adam M. Stewart**
                Adam M. Stewart