UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PARKSIDE CAPITAL LTD., Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 06-10991-RWZ |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| XERIUM TECHNOLOGIES INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

This matter having come before the Court on Plaintiffs' motion for approval of the plan of allocation of settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings set forth in the Stipulation of Settlement dated as of November 3, 2008 (the "Stipulation").

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members, advising them of the plan of allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the plan of allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Settlement of Class Action ("Notice") sent to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

This Court hereby finds and concludes that the plan of allocation set forth in the Notice is, in all respects, fair, reasonable and adequate and the Court hereby approves the plan of allocation.

IT IS SO ORDERED.

DATED: February 25, 2009

_____
THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

Document2

## CERTIFICATE OF SERVICE

I, Adam M. Stewart, hereby certify that on February 18, 2009, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Adam M. Stewart
Adam M. Stewart