UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARKSIDE CAPITAL LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XERIUM TECHNOLOGIES INC., et al.,<br><br>Defendants. | No. 06-10991-RWZ<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND EXPENSES |

This matter having come before the Court on February 25, 2009, on the motion of Plaintiffs' Counsel for an award of attorneys' fees and expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of November 3, 2008 (the "Stipulation"), and filed with the Court.

2.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class who have not timely and validly requested exclusion.

3.      The Court hereby awards Plaintiffs' Counsel attorneys' fees of 25% of the Settlement Fund or $900,000 plus interest thereon as defined in the Stipulation, plus litigation expenses in the amount of $46,105.73, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4.      The fees and expenses shall be allocated among Plaintiffs' Counsel in a manner which, in Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation.

5.    The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶7.1 thereof which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: _____         _____
                                        THE HONORABLE RYA W. ZOBEL
                                        UNITED STATES DISTRICT JUDGE

Document3

## CERTIFICATE OF SERVICE

I, Adam M. Stewart, hereby certify that on February 18, 2009, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Adam M. Stewart
Adam M. Stewart